IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

    Plaintiffs,

vs.                                        **Case No. 1:12-cv-23800**

SIERRA DATA SYSTEMS,
INCORPORATED,

    Defendant.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited, hereby notify this Court and all parties that they voluntarily dismiss, **with prejudice**, all claims against Defendant, with all parties to bear their own costs and attorneys' fees.

Dated: December 10, 2012.                            Respectfully submitted,

                                                            /s/ William R. McMahon
                                                            William R. McMahon, Esquire
                                                            Florida Bar Number: 39044
                                                            McMahon Law Firm, LLC
                                                            11435 West Palmetto Park Road
                                                            Suite E
                                                           Boca Raton, Florida 33428
                                                           Telephone: 561-218-4300
                                                           Facsimile: 561-807-5900
                                                           E-Mail: bill@mlfllc.com
                                                           **Attorney for Plaintiffs**